COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS          U.S. DISTRICT COURT

05 - 10456 MLW

| | |
|---|---|
| CAMILO ACOSTA | ) |
| | ) |
| V. | ) |
| | ) |
| THOMAS RIDGE, et al | ) |

NOTICE OF APPEARANCE

    NOW comes the undersigned counsel, and hereby files an appearance on behalf of the defendant in the above-entitled action.

Respectfully Submitted,

Roxana Muro
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone 617.523.6320
Facsimile 617.523.6324
rmuro@fitzgeraldlawcompany.com
BBO No. 653657