# UNITED STATES DISTRICT COURT

District of _____

Camilo Acosta
V.

Thomas Ridge, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05    10456 MLW**

TO: (Name and address of Defendant)

Honorable Thomas Ridge
Secretary
Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              MAR 10 2005
CLERK                                          DATE

(By) DEPUTY CLERK



Home

# Track & Confirm

**Current Status**

You entered 7002 0510 0004 4953 7210

Your item was delivered at 8:20 am on March 28, 2005 in WASHINGTON, DC 20528.

(Shipment Details >)

**Track & Confirm**

Enter label number:

(Go >)

Track & Confirm FAQs (Go >)

**Notification Options**

▶ Track & Confirm by email    What is this?   (Go >)



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy