# UNITED STATES DISTRICT COURT

District of _____

Camilo Acosta

V.

Thomas Ridge, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10456 MLW

TO: (Name and address of Defendant)

Mr. Dennis Riordan
U.S. Citizenship & Immigration Services
JFK Federal Building
Boston, MA 02213

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                  MAR 10 2005

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/23/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michelle De Oliveira | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via Certified Mail- Receipt Number: 7002 0510 0004 4953 7203

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/6/05
Date

Signature of Server: *Michelle De Oliveira*

Address of Server: 15 Tremont Street, Suite 210, Boston, MA 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.