AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Camilo Acosta

V.

Michael Chertoff, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10456 MLW

TO: (Name and address of Defendant)

Michael Sullivan
US Attorney's Office
Boston - Civil Litigation Unit
1 Courthouse Way Room 9200
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roxana Muro
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 2 2 2005

CLERK                                                   DATE



(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Camilo Acosta

V.

Michael Chertoff, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05-10456 MLW

TO: (Name and address of Defendant)

Michael Sullivan
US Attorney's Office
Boston - Civil Litigation Unit
1 Courthouse Way Room 9200
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roxana Muro
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK   SARAH A. THORNTON

(By) DEPUTY CLERK

DATE   JUN 2 2 2005