UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMILO ACOSTA,       Plaintiff, | )<br>)<br>) |
| v. | )<br>)  CIVIL ACTION NO: 05-10456-MLW |
| THOMAS RIDGE, et al.       Defendants. | )<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a), the parties hereby stipulate to the dismissal of this action, without prejudice and without costs or fees to either party. As grounds for the dismissal, the parties state that the petition underlying the instant mandamus action was acted upon on or about July 6, 2005.

| For the plaintiff, | For the defendant, |
|---|---|
| Fitzgerald & Company, LLC | MICHAEL J. SULLIVAN |
| | United States Attorney |
| /s/ Desmond Fitzgerald by MJG | /s/ Mark J. Grady |
| Desmond Fitzgerald | MARK J. GRADY |
| Fitzgerald & Company LLC | Assistant U.S. Attorney |
| 18 Tremont Street, Suite 210 | U.S. Attorney's Office |
| Boston, MA 02111 | John Joseph Moakley U.S. Courthouse |
| (617) 523-6320 | 1 Courthouse Way, Suite 9200 |
| | Boston, MA  02210 |
| | Tel. No. (617) 748-3136 |